

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SOCORRO INDEPENDENT SCHOOL DISTRICT, | § § § | No. 08-18-00091-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| JAMES HAMILTON, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2016DCV1566) |
| | § | |

# **O R D E R**

The Court, on its own motion, VACATES the April 11, 2019 submission and oral argument setting for the above styled and numbered cause. The case will be rescheduled at a later date.

IT IS SO ORDERED this 11th day of April, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.